# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. BOYD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STANLEY SNIFF, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 14-01164-JVS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: February 1, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1