JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. BOYD,<br><br>        Plaintiff,<br><br>  vs.<br><br>STANLEY SNIFF, et al.,<br><br>        Defendants. | Case No. EDCV 14-01164-JVS (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: February 1, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1